IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE K. MCCAMMON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:08-mc-00340 |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Respondents. ) | |

## UNITED STATES' MOTION TO DISMISS

The United States of America moves to dismiss petitioner's petition to quash pursuant to Fed. R. Civ. P. 12(b)(1).

As grounds for this motion, the United States asserts that the Court lacks subject matter jurisdiction over the summons because the summoned party is not located or found in this judicial district. A memorandum of law in support of this motion and a proposed order are filed and served herewith.

///

///

///

///

///

///

///

///

The specific relief sought by this motion is an order dismissing the petition to quash summons.

Date: June 24, 2008.

Respectfully submitted,

＿＿/s/ Benjamin J. Weir＿＿＿＿＿
BENJAMIN J. WEIR (D.C. Bar No. 494045)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0855
Fax: (202) 514-6866
benjamin.j.weir@usdoj.gov
*Counsel for United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

MEMORANDUM OF LAW

This is a miscellaneous civil action in which petitioner seeks to quash an internal revenue summons served upon a third-party recordkeeper1/. The summons was issued to a third party located outside of this judicial district. This Court, therefore, does not have jurisdiction and the petition to quash must be dismissed.

STATEMENT

Julie McCammon seeks to quash a summons issued to Chase Bank, USA NA (Compl. ¶ 1.) Chase Bank, USA NA does not resides within this judicial district. (*See* Compl. at 1, Unnumbered Ex.) More specifically, Chase Bank, USA NA is located in Indianapolis, Indiana. (*See id.*) Chase Bank, USA NA is not located within this judicial district.

ARGUMENT

SUMMONSES ISSUED TO THIRD-PARTY RECORDKEEPERS
LOCATED OUTSIDE THIS JUDICIAL DISTRICT
CANNOT BE QUASHED IN THIS JUDICIAL DISTRICT

The summons issued to Chase Bank, USA NA cannot be quashed in this judicial district. The summons was issued to a third-party recordkeeper outside of the District of Columbia. (*See id.*) Petitions to quash such summonses must be filed in the judicial districts in which the summoned parties are located. 26 U.S.C. § 7609(h)(1); *Deal v. United States*, 759 F.2d 442 (5th Cir. 1985); accord, *Fortney v. United States*, 59 F.3d 117, 119 (9th cir.

---

1/ This action has been filed as a related case to *McCammon v. United States, et al*, No. 1:08-mc-298 (D.D.C.). The two related petitions to quash are similar and this case appears designed to simply name an additional defendant.

1

1995); *Kondik v. United States*, 922 F.Supp. 54, 55 (N.D. Ohio 1995), *aff'd*, 81 F.3d 655 (6th Cir. 1996); *Beck v. United States*, 2002 WL 31274016, *1 (E.D. Ky. 2002), *aff'd*, 60 Fed.Appx. 551 (6th Cir. 2003); *Gerber v. United States*, 2006 WL 3077460, *1 (D.D.C. 2006) ("Because this court only has jurisdiction over summonses issued to third parties within this district, the court does not have jurisdiction over the petition to quash ... ."); *Cates v. United States*, 985 F.Supp. 736, 737 (N.D. Ohio 1997); *Cosme v. Internal Revenue Service*, 708 F. Supp. 45, 47 (E.D.N.Y. 1989). For this reason, petitions to quash the summons can be maintained only in the judicial district in which Chase Bank, USA NA is located. Conversely, the summons to this third-party recordkeeper cannot be quashed in this judicial district.

## CONCLUSION

This Court does not have subject matter jurisdiction regarding the summons that has been issued to a third-party record keeper located outside this judicial district. Petitioner's petition to quash should, therefore, be dismissed in full.

Date: June 24, 2008.

                                                 Respectfully submitted,

                                                 /s/ Benjamin J. Weir
BENJAMIN J. WEIR (D.C. Bar No. 494045)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0855
Fax: (202) 514-6866
benjamin.j.weir@usdoj.gov
*Counsel for United States*

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

I, Benjamin J. Weir, certify that on June 24, 2008, true and correct copies of the foregoing were sent via U.S. Mail to the following:

> ELIAS AOUN, ESQUIRE
> 1730 N. Lynn Street, No. A-22
> Arlington, VA  22209
>
> Chase Bank USA NA
> 7610 West Washington St.
> Indianapolis, IN 46231.

> /s/ Benjamin J. Weir
> BENJAMIN J. WEIR

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE K. MCCAMMON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:08-mc-00340 |
| ) | |
| UNITED STATES, et al., ) | |
| ) | |
| Respondents. ) | |

### ORDER

Upon consideration of the United States' motion to dismiss, the memorandum of law filed in support therewith, and for good cause shown, it is:

ORDERED that the motion to dismiss is GRANTED;

ORDERED that the petition to quash is DENIED; and

ORDERED that Clerk of the Court be directed to close the case.


Dated: _____, 2008                    _____
                                              UNITED STATES DISTRICT JUDGE

3371158.1

## CERTIFICATE OF SERVICE

I, Benjamin J. Weir, certify that on June 24, 2008, true and correct copies of the foregoing were sent via U.S. Mail to the following:

> ELIAS AOUN, ESQUIRE
> 1730 N. Lynn Street, No. A-22
> Arlington, VA  22209
>
> Chase Bank, USA NA
> 7610 West Washington St.
> Indianapolis, IN 46231.

/s/ Benjamin J. Weir
BENJAMIN J. WEIR

3371158.1