# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE K. MCCAMMON, | ) |
| Petitioner, | ) |
| v. | ) CASE NO: 1:08-mc-00340 (CKK) |
| UNITED STATES, et al., | ) |
| Respondents. | ) |

**PETITIONER'S MOTION FOR LEAVE**

If court deadlines permit, Petitioner hereby moves this Court for leave to file a response to "United States' Reply Memorandum in Support of its Motion to Dismiss" filed on July 8th, 2008.

Petitioner respectfully requests that this Court grant it leave to file a response because it will better clarify Petitioner's position. It would allow Petitioner to rebut new arguments made by Respondent.

Respectfully submitted,


____/s/ Elias Aoun___
ELIAS AOUN, ESQ.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 15th 2008 true and correct copies of the foregoing **Motion for Leave,** along with the attached **Proposed Order,** were sent via the Court's ECF service protocol to the following:

>BENJAMIN J. WEIR, ESQUIRE
>Trial Attorney, Tax Division
>U.S. Dept. of Justice
>P. O. Box 227
>Ben Franklin Station
>Washington, DC 20044

and sent via U.S. Mail to:

>Chase Bank, USA NA
>7610 West Washington St.
>Indianapolis, IN 46231

>\_\_/s/ Elias Aoun\_\_\_
>ELIAS AOUN

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE K. MCCAMMON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO: 1:08-mc-00340 (CKK) |
| | ) |
| UNITED STATES, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER GRANTING PETITIONER'S REQUEST

Petitioner's request to file a response to "United States' Reply Memorandum in Support of its Motion to Dismiss" is hereby GRANTED.

It is so ordered.

DATED this _____ day of _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE