UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE K. MCCAMMON,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Respondents. | Misc. Action No. 08-340  (CKK) |

ORDER
(August 5, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 5th day of August, 2008, hereby

**ORDERED** that the United States' [3] Motion to Dismiss Petitioner's Petition to Quash is GRANTED; it is further

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable Order.*

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　United States District Judge